881 A.2d 1262

**READING SCHOOL DISTRICT, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF EDUCATION, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is **AFFIRMED.**